655 A.2d 504

**Homer HORTON**

v.

**JEFFERSON COUNTY–DUBOIS AREA VOCATIONAL TECHNICAL SCHOOL, Appellant.**

Supreme Court of Pennsylvania.

Argued March 8, 1995.

Decided March 28, 1995.

Reargument Denied May 23, 1995.

William R. Strong, for appellant.

John F. O'Brien, Anthony S. Quido, for appellee.

Before NIX, C.J., and FLAHERTY, ZAPPALA, CAPPY, CASTILLE and MONTEMURO, JJ.

*ORDER*

PER CURIAM:

Appeal dismissed as having been improvidently granted.

MONTEMURO, J., is sitting by designation.